UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOCKET#_____
U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

JUL 1 2 2010

Bankruptcy Case No. 10-16622-tsu-11
In re the Bankruptcy of Wendy Alison Nora

WENDY ALISON NORA,                          Case No. 10-cv-000324 -bbc
Appellant
vs.
RESIDENTIAL FUNDING COMPANY, LLC
Appellee

ORDER GRANTING
MOTION TO DISMISS APPEAL

This matter having come before this Court on the Motion of the Appellant to Dismiss the above-captioned appeal and upon that Motion, files and records these proceedings, the Court is duly advised in these premises. Time for objection to this Motion has expired without response or objection from the Appellee.

WHEREFORE, Appellant moves the Court to dismiss this appeal without costs or expenses to either party.

Dated at Madison, Wisconsin this  8th  day of July, 2010.

BY THE COURT:

*Barbara B Crabb*

~~Magistrate~~ Judge for the United States District Court
for the Western District of Wisconsin